USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
MLB ADVANCED MEDIA, L.P., et al.,
Plaintiff,

vs. 25-CV-6895 (LAK)

TERRY COLES

Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

Today, case contemnor Terry Coles was arrested and presented to the Court by the U.S. Marshal Service pursuant to the September 25, 2026 WARRANT FOR THE ARREST OF A CIVIL CONTEMNOR IN A CIVIL ACTION.

The civil contempt hearing having been held and concluded, IT IS HEREBY ORDERED that the U.S. Marshals release civil litigant Terry Coles forthwith.

DATED: 9/30/2026

Lewis A. Kaplan
United States District Judge